[No. 15826-1-I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Appellant*, v. ERIC
TODD ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02993-1, Robert M. Elston, J., entered
December 13, 1984. *Reversed* by unpublished opinion per
Coleman, J., concurred in by Scholfield, C.J., and Swanson,
J. Now published at 46 Wn. App. 565.

[No. 16791-0-I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
P. RARIDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-8-04355-7, Robert M. Elston, J., entered
June 26, 1985. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 16957-2-I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
MICHAEL ROBBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-00063-0, Frank D. Howard, J., entered
July 1, 1985. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Scholfield, C.J., and Swanson, J.
Now published at 46 Wn. App. 558.

[No. 16646-8-I.   Division One.   December 24, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
TROWBRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-00379-5, Terrence A. Carroll, J., entered
June 18, 1985. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Scholfield, C.J., and Webster, J.